IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TYSONS TUNNEL INC.<br>1390 Chain Bridge Road<br>Suite 65<br>McLean VA 22101,<br><br>and<br><br>RATNER COMPANIES, LC<br>1577 Spring Hill Road, Suite 500,<br>Vienna, VA 22182,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07 CV 1184 JCC/TRJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ratner Companies, Inc. hereby dismisses its claims against all defendants without prejudice.

Dated: December 5, 2007

                                                    Respectfully submitted.

                                                    /s/

*Attorneys for Plaintiffs Tysons Tunnel, Inc. and Ratner Companies, LC*
Stephen E. Baskin (VA Bar # 47567)
Gary H. Baise (Admitted *Pro Hac Vice*)
KILPATRICK STOCKTON, LLP
607 14th Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 508-5800
Facsimile:   (202) 508-5858

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2007, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

United States Department of Transportation
400 7th Street, S.W.
Washington, DC 20590

Mary E. Peters
Secretary
Department of Transportation
400 7th Street, S.W.
Washington, DC 20590

Federal Transit Administration
400 7th Street S.W.
Washington, DC 20590

James S. Simpson
Administrator
Federal Transit Administration
400 7th Street, S.W.
Washington, DC 20590

/s/

Stephen E. Baskin, Esq.
Virginia Bar # 47567
*Attorney for Tysons Tunnel, Inc. and Ratner Companies, LC*
KILPATRICK STOCTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone: 202-508-5800
Facsimile: 202-508-5858
sbaskin@kilpatrickstockton.com